# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., #2600  
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

August 5, 2022

**VIA ECF**  
Honorable Jesse M. Furman  
United States District Court  
Southern District of New York  
40 Centre Street, Room 2202  
New York, NY 10007

Re: Joint Letter Request to Adjourn Deadline for Mediation by One Day from August 16, 2022 to August 17, 2022 and to Adjourn the Initial Conference to September 8, 9, or 12, 2022.  
***Fynan v. Kavulich & Associates, P.C., et al.,* Case 1:22-cv-02892-JMF**

Dear Judge Furman:

The undersigned represents the Plaintiff Michael Fynan in this lawsuit against Defendants Kavulich & Associates, P.C., Gary Kavulich (collectively "Kavulich Defendants"), Wick Holding Corp., and Langsam Property Services Corp. (collectively "Landlord Defendants") for violations of the FDCPA and related state law.

The parties write to request an adjournment of the mediation deadline of August 16, 2022 to August 17, 2022, as the parties have successfully scheduled a mediation before Joseph DiBenedetto for August 17, 2022.

The parties also request an adjournment of the initial conference. Plaintiff's counsel and Kavulich Defendants' counsel have been ordered to mediation in another matter on August 30, 2022. The parties request that the initial conference be adjourned to September 8, 9, or 12, 2022. This is the second request for an adjournment of the initial conference.

Respectfully,

/s/

Ahmad Keshavarz, Esq.

Application GRANTED.  The initial pretrial conference currently scheduled for August 30, 2022, is RESCHEDULED to **September 8, 2022**, at **4:15 p.m.**  The Clerk of Court is directed to terminate ECF No. 29.  SO ORDERED.

*[signature]*

August 8, 2022