UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MICHAEL FYNAN, :
:
                      Plaintiff, :        22-CV-2892(JMF)
:
        -v- :           REVISED
:    SCHEDULING ORDER
KAVULICH & ASSOCIATES, P.C., et al., :
:
                      Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of an ongoing trial, IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for **March 21, 2023**, at **4:00 p.m.**, is RESCHEDULED for **March 24, 2023**, at **3:00 p.m.**  The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases.

       SO ORDERED.

Dated: March 20, 2023
       New York, New York
                                                         JESSE M. FURMAN
                                                       United States District Judge