UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MICHAEL FYNAN, :
:
                Plaintiff,, :
:    22-CV-2892 (JMF)
      -v- :
:    <u>ORDER</u>
:
KAVULICH & ASSOCIATES, P.C., et al., :
:
                Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The deadlines for any motions for summary judgment have now passed. *See* ECF No. 55. Accordingly, within **three weeks of the date of this Order**, the parties shall submit to the Court for its approval a proposed Joint Pretrial Order prepared in accordance with the Court's Individual Rules and Practices and Fed. R. Civ. P. 26(a)(3). The parties shall also follow Paragraph 5 of the Court's Individual Rules and Practices for Civil Cases, which identifies submissions that must be made at or before the time of the Joint Pretrial Order, including any motions *in limine*. Once the parties file their proposed Joint Pretrial Order, the Court will schedule a trial date; **the parties should be prepared to begin trial at any time beginning two weeks after they file their proposed Joint Pretrial Order.**

       SO ORDERED.

Dated: June 2, 2023
       New York, New York
                                    _____
                                    JESSE M. FURMAN
                                    United States District Judge