UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X

MICHAEL FYNAN,

                                          Case No. 1:22-cv-02892-JMF

            Plaintiff,

   -against-

KAVULICH & ASSOCIATES, P.C.,
GARY KAVULICH,
WICK HOLDING CORP., and
LANGSAM PROPERTY SERVICES CORP.,
            Defendants.
———————————————————X

**AGREED ORDER OF DISMISSAL *ONLY* FOR DEFENDANTS WICK HOLDING CORP., and LANGSAM PROPERTY SERVICES CORP.**

      Plaintiff, MICHAEL FYNAN, hereby voluntarily dismisses this action against *only* against Defendants WICK HOLDING CORP., and LANGSAM PROPERTY SERVICES CORP., with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii).  Said Parties request that the Court retain jurisdiction to enforce the terms of the settlement between said parties. This dismissal does not prejudice Plaintiff's rights as to the remaining Defendants KAVULICH & ASSOCIATES, P.C. and GARY KAVULICH. An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

SO ORDERED this   ninth   day of   June  , 2023.

_[signature]_
Hon. Jesse M. Furman
District Judge

3

AGREED BY:

Plaintiff MICHAEL FYNAN

By:    /s/ Ahmad Keshavarz          Date: June 5, 2023
       Ahmad Keshavarz
       The Law Office of Ahmad Keshavarz

**AGREED:**

_____  **Date: June 2, 2023**

Agatha C. Mingos
White and Williams LLP

Attorney for Defendants WICK HOLDING CORP. and LANGSAM PROPERTY SERVICES CORP.

Last saved: 5/16/2023 3:50 PM