UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL FYNAN,

                                          Case No. 1:22-cv-02892-JMF

                Plaintiff,

  -against-

KAVULICH & ASSOCIATES, P.C.,
GARY KAVULICH,
WICK HOLDING CORP., and
LANGSAM PROPERTY SERVICES CORP.,
                Defendants.
-----------------------------------------------------------X

### AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO KAVULICH DEFENDANTS

Plaintiff, MICHAEL FYNAN, hereby voluntarily dismisses this action against Defendants KAVULICH & ASSOCIATES, P.C. and GARY KAVULICH, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. Rule 41(a)(2). This dismissal does not prejudice Plaintiff's rights as to the remaining Defendants WICK HOLDING CORP. and LANGSAM PROPERTY SERVICES CORP. Said Parties request that the Court retain jurisdiction to enforce the terms of the settlement between said parties. An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

SO ORDERED this _ninth_ day of _June_, 2023.

_____
Hon. Jesse M. Furman

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

6

| AGREED:<br><br>/s/ Ahmad Keshavarz   Date: June 5, 2023<br>Ahmad Keshavarz<br>The Law Office of Ahmad Keshavarz<br>Attorneys for Plaintiff Michael Fynan | AGREED:<br><br>_[signature]_   Date: June 5, 2023<br>Arthur Sanders<br>Barron & Newburger, PC<br>Attorney for Defendants KAVULICH & ASSOCIATES, P.C. and GARY KAVULICH |
|---|---|